# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MALIQUE GREEN,

    Petitioner,

vs.

CONRAD HAFEN, et al.,

    Respondents.

Case No. 2:14-cv-01213-JAD-PAL

**ORDER**

The court ordered (#14) petitioner to show cause why this action should not be dismissed because he is not in custody and he had not exhausted his available state-court remedies. Petitioner has not responded to the court's order within the allotted time, and the court will dismiss the action.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is **DISMISSED**. The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED: December 18, 2014.

                                  JENNIFER A. DORSEY
                                United States District Judge